IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00287-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL ARMANDO ESTRADA-SALAZAR,

    Defendant.

## ORDER SETTING TRIAL DATE

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **October 25, 2006** and responses to these motions shall be filed by **November 1, 2006**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, December 1, 2006 at 4:00 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a two-day jury trial is set for **Monday, December 11, 2006 at 1:30 p.m.**

    DATED: October 10, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge