IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00287-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL ARMANDO ESTRADA-SALAZAR,

    Defendant.

---

**ORDER TO VACATE TRIAL DATES AND SET
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Dkt. # 11) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for December 1, 2006 and the two-day jury trial set to commence on December 11, 2006 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than November 27, 2006 to set this matter for a Change of Plea Hearing.

DATED: November 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge