IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00287-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL ARMANDO ESTRADA-SALAZAR,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to a telephone conference between both counsel and Chambers, and in response to the Notice of Disposition (Dkt. # 11), a Change of Plea hearing is set for **Friday, February 2, 2007 at 10:30 a.m.** Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on January 31, 2007**. If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED:  November 27, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge