IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00287-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL ARMANDO ESTRADA-SALAZAR,

    Defendant.

___

**ORDER RESETTING CHANGE OF PLEA HEARING**
___

Pursuant to a telephone conference between both counsel and Chambers, the Change of Plea hearing in this matter is SET for **Friday, February 9, 2007 at 2:30 p.m.**

    DATED:  February 6, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge