**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  06-cr-00287-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ANGEL ESTRADA-SALAZAR,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Pursuant to the Order of Case Reassignment dated March 22, 2007, which can be found on the court's website under Gen./Adm. Orders, this case has been reassigned to this judge. In reviewing the file, the court notes that this matter had been set for a status hearing, which was vacated due to the unavailability of the Honorable Philip S. Figa. Thus, the status hearing should be re-set.

      **THEREFORE, IT IS ORDERED** that the court shall hold a status hearing on **April 6, 2007**, at 8:30 a.m., in courtroom A701.  The U.S. Marshal shall secure the defendant's appearance at this hearing.

Dated:  March 23, 2007

---------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.